IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


STEPHANIE R. HINTON                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:07-CV-730-JCS

EAGLE ONE LOGISTICS AND                                        DEFENDANTS
LURENZA CLINCY, JR.


## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered this date,

summary judgment is granted in favor of the Defendants, and the Court hereby dismisses this

case with prejudice as to all Defendants. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment be and is entered in favor of the

Defendants, and this entire action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of July, 2009.


    s/ James C. Sumner                  
UNITED STATES MAGISTRATE JUDGE